FILED

MAR 31  9 27 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
| | |
|---|---|
| MACKENZIE PAINTING CO., INC., | : CIVIL ACTION NO. |
| MACKENZIE SERVICE CORP., | : |
| THE MACKENZIE COMPANY, LLC | : 3:02 CV 1860 (MRK) |
| SUN MACKENZIE, LLC | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| V. | : |
| | : |
| THE SHERWIN WILLIAMS COMPANY | : |
| | : |
| **Defendant.** | : MARCH 30, 2004 |

---------------------------------------------------------------X

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 9(b) of the Local Civil Rules of Civil Procedure, Plaintiffs and Defendant jointly move for an order enlarging the time set forth in the Report of Parties' Planning Meeting, approved by the Court on October 10, 2003 (the "Revised Scheduling Order"), within which to complete fact discovery by 15 days, up to and including April 15, 2004. In support of this motion, the Parties state:

1. The Parties identified fourteen (14) depositions to be taken as well as thousands of documents to review when the current deadlines were established, and they have proceeded in good faith to produce and review the documents and, thereafter, to conduct the depositions.

**ORAL ARGUMENT IS NOT REQUESTED**

2. The parties cooperated in noticing and scheduling depositions of party representatives and third parties within the time allotted on the Revised Scheduling Order and completed many of the required depositions. However, several of the defendant's desired depositions of owners, officers and/or employees of the plaintiff companies which were scheduled by agreement for the last two weeks of March were postponed at the request of plaintiffs, one because of the unanticipated unavailability of a witness and the rest, including a rescheduled deposition of the previously unavailable witness, because Plaintiff's attorney was put on trial in the Connecticut Superior Court during the entire week of March 22, 2004, when four depositions had been scheduled. The parties have agreed to re-schedule some of these depositions for March 30, 2004 and March 31, 2004, both within the current deadline, but will not be able to complete all of the necessary depositions before the end of March. The parties have identified April 1, 2004, April 8, 2004 and April 15, 2004, as available dates to complete the previously scheduled depositions.

3. The Parties continue to work together in an attempt to complete discovery and to attempt to identify opportunities to resolve this dispute.

Based on the foregoing, the Parties submit that the additional time will be required, despite their good faith efforts, to complete the previously scheduled depositions. The Parties further believe, in light of the foregoing, that the other deadlines set forth in the Revised Scheduling Order do not require extension.

All parties join in this motion. This is the Parties' second motion for enlargement of the deadlines set forth in the Scheduling Order.

**WHEREFORE**, the Parties jointly and respectfully move for an order for Enlargement of Time.

| | |
|---|---|
| **THE PLAINTIFFS,**<br>MACKENZIE PAINTING CO., INC.<br>MACKENZIE SERVICE CORP., INC.<br>THE MACKENZIE COMPANY, LLC and<br>SUN MACKENZIE, LLC | **DEFENDANT,**<br>THE SHERWIN-WILLIAMS<br>COMPANY |

BY: _/s/ Neal L. Moskow_
Neal L. Moskow, Esq.
Ury & Moskow, L.L.C.
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 phone
(203) 610-6399 fax
Fed. Bar. No.: ct04516
neal@urymoskow.com

BY: _/s/ James Sicilian_
James Sicilian, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 phone
(860) 275-0343 fax
Fed. Bar. No.: ct05608
jsicilian@dbh.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Enlarge was hand delivered this 30th day of March, 2004 to the following:

James Sicilian, Esq.
Day, Berry & Howard LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103-3499

_/s/ Neal L. Moskow_
Neal L. Moskow