```
              UNITED STATES DISTRICT COURT

                 DISTRICT  OF  CONNECTICUT
```

Mackenzie Painting, et al

V.                          Case Number:  3:02cv1860 MRK

Sherwin Williams Co


                    NOTICE  TO  COUNSEL
                    -------------------

The above-entitled case was reported to the Court on <u>April 1, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 1, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 1, 2004.


                         KEVIN F. ROWE, CLERK

                         By: <u>/s/ Kenneth R. Ghilardi</u>
                             Kenneth R. Ghilardi
                             Deputy Clerk