UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACKENZIE PAINTING CO., INC, ET AL., | : CIVIL ACTION NO. 3:02CV1860 (MRK) |
| Plaintiff, | : |
| VS. | : |
| THE SHERWIN-WILLIAMS CO., | : MAY 3, 2004 |
| Defendant. | : |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs, MacKenzie Painting Co., Inc., MacKenzie Service Corp., Inc., The MacKenzie Company, LLC, and Sun.MacKenzie LLC, ("Plaintiffs"), and defendant, The Sherwin-Williams Co., hereby stipulate that this action, including all claims and counterclaims, may be dismissed **WITH PREJUDICE** and without costs.

| THE PLAINTIFFS, | DEFENDANT, |
|---|---|
| MACKENZIE PAINTING CO., INC. <br> MACKENZIE SERVICE CORP., INC. <br> THE MACKENZIE COMPANY, LLC and <br> SUN.MACKENZIE, LLC | THE SHERWIN-WILLIAMS COMPANY |
| By_____ <br> Neal L. Moskow <br> Ury & Moskow, L.L.C. <br> 883 Black Rock Turnpike <br> Fairfield, CT 06825 <br> (203) 610-6393 phone <br> (203) 610-6399 fax <br> Fed. Bar. No.: ct04516 <br> neal@urymoskow.com | By_____ <br> James Sicilian <br> Day, Berry & Howard, LLP <br> CityPlace I <br> Hartford, CT 06103-3499 <br> (860) 275-0100 phone <br> (860) 275-0343 fax <br> Fed. Bar. No.: ct05608 <br> jsicilian@dbh.com |

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 3d day of May, 2004, by first class mail to:

Neal L. Moskow, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825

_____
James Sicilian