UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mackenzie Painting Co. Inc, et alMackenzie Painting Co. Inc, et al

V.                              Case Number:  3:02cv1860MRK3:02cv1860MRK

The Sherwin-Williams CoThe Sherwin-Williams Co

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **35** - **ORDERED ACCORDINGLY**


Dated at New Haven, Connecticut, May 5, 2004.


KEVIN F. ROWE, CLERK


By: _____
    Rita Warner
    Deputy Clerk